U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 1 2016

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

U. S. A.                               CRIMINAL NO. 6:15-cr-0252 (1)-(12)

versus                             JUDGE RICHARD T. HAIK

JERMEY DAVID HAMLETT         MAGISTRATE JUDGE HANNA
LOVELACE L. COMEAUX, II
KEVIN COMEAUX
DARRELL JAMES SERRETTE, II
JARED J. DUPUIS
JADE DUPUIS
ELTON SCOGGINS
JOHN S. STUTES
RONNIE J. TOUCHET
TRAVIS JOSEPH THIBODEAUX
MATTHEW JAMES HEBERT
TUCKER HUVAL

## ORDER

The above-captioned matters are hereby reassigned to the docket of Judge Patricia Minaldi for further proceedings.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 20th day of January, 2016.

CHIEF JUDGE DEE D. DRELL