UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | *CRIMINAL NO. 6:15-00252 |
| VERSUS | *JUDGE HAIK |
| JERMEY DAVID HAMLETT, ET AL. | *MAGISTRATE JUDGE HANNA |

## ORDER

The government shall make the revisions discussed, circulate to defense counsel, and file the revised proposed protective order, noting any objections remaining, for ruling and adoption by the Court.

The **trial** is hereby set before Judge Minaldi to begin on **October 3, 2016.**

A **telephone status conference** will be held on **March 29, 2016 at 2:00 p.m.** The government shall arrange the conference call.

Signed at Lafayette, Louisiana on March 1, 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE